## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Steven C. Mannion |
| v. | : | Mag. No. 16-6083 (SCM) |
| LISA POPEWINY, ANGEL D. VIDAL, ANGEL GABRIEL VIDAL, and MIGUEL VIDAL | : | **SEALING ORDER** |

This matter having come before the Court upon the application of the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (Cari Fais, Assistant U.S. Attorney, appearing), for an order sealing the Complaint and related papers in this matter, and for good cause shown,

IT IS on this 31st day of May, 2016,

ORDERED that the Complaint in this matter and all related papers, with the exception of the arrest warrants and copies thereof, be filed under seal, and they are hereby sealed until the arrests of the individuals named in the warrants or until further order of this Court.

_____
HONORABLE STEVEN C. MANNION
UNITED STATES MAGISTRATE JUDGE